UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**STEIN & NIEPORENT LLP**
David Stein (DS 2119)
1441 Broadway, Suite 6090
New York, New York 10018
(212) 308-3444

Attorneys for Defendant

| | |
|---|---|
| Ana Chalas, individually, and on behalf of all others similarly situated, | |
| Plaintiff, | DOCKET NO. 22-cv-3894 (ER) (SDA) |
| - vs. – | |
| Pork King Good, | **NOTICE OF MOTION** |
| Defendant. | |

PLEASE TAKE NOTICE that based upon the enclosed memorandum of law, as well as such further pleadings and documents as may be filed and oral arguments as the Court may permit or require, defendant will move this Court pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) to bring the attached Motion to Dismiss the first amended complaint on for hearing at such time and date as the Court may determine.

Dated: September 29, 2022

Respectfully submitted,

_____
David Stein (DS 2119)
STEIN & NIEPORENT LLP
1441 Broadway, Suite 6090
New York, New York 10018
(212) 308-3444

Attorneys for Defendant